| | |
|---|---|
| 1 | HARVEY & COMPANY |
| 2 | D. Peter Harvey (SBN 55712) |
|   | Caitlin C. Conway (SBN 315296) |
| 3 | Four Embarcadero Center, 14th Floor |
|   | San Francisco, CA 94111 |
| 4 | Telephone:   (415) 926-7776 |
|   | Facsimile:    (415) 402-0058 |
| 5 | Email: pharvey@harvey.law |
|   |           cconway@harvey.law |
| 6 | |
| 7 | Attorneys for Plaintiff, |
|   | Jack Daniel's Properties, Inc. |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation. | Case No. |
| Plaintiff, | **JACK DANIEL'S PROPERTIES, INC.'S CERTIFICATION OF INTERESTED PARTIES** |
| vs. | |
| DYNASTY SPIRITS, INC., a Texas corporation, BUFFALO BAYOU DISTILLERIES, LLC D/B/A GULF COAST DISTILLERS, a Texas limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Brown-Forman Corporation.

Dated: April 20, 2018

Respectfully submitted,

HARVEY & COMPANY
D. PETER HARVEY
CAITLIN C. CONWAY

By:  ___/s/ D. Peter Harvey___
         D. Peter Harvey

Attorneys for Plaintiff
JACK DANIEL'S PROPERTIES, INC.