| | |
|---|---|
| 1 | HARVEY & COMPANY |
| 2 | D. Peter Harvey (SBN 55712)<br>Caitlin C. Conway (SBN 315296) |
| 3 | Four Embarcadero Center, 14th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone:   (415) 926-7776<br>Facsimile:    (415) 402-0058 |
| 5 | Email: pharvey@harvey.law<br>         cconway@harvey.law |
| 6 | |
| 7 | Attorneys for Plaintiff,<br>Jack Daniel's Properties, Inc. |
| 8 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation. | Case No. |
| Plaintiff, | **JACK DANIEL'S PROPERTIES, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| DYNASTY SPIRITS, INC., a Texas corporation, BUFFALO BAYOU DISTILLERIES, LLC D/B/A GULF COAST DISTILLERS, a Texas limited liability company, | |
| Defendants. | |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Jack Daniel's Properties,
2  Inc. ("JDPI"), makes the following disclosure: JDPI is a wholly-owned subsidiary of Brown-Forman
3  Corporation, a publicly-traded company.
4  A supplemental disclosure statement will be filed upon any change in the information provided
5  herein.

Dated: April 20, 2018                Respectfully submitted,

                                     HARVEY & COMPANY
                                     D. PETER HARVEY
                                     CAITLIN C. CONWAY


                                     By:   /s/ D. Peter Harvey
                                              D. Peter Harvey


                                     Attorneys for Plaintiff
                                     JACK DANIEL'S PROPERTIES, INC.

JACK DANIEL'S PROPERTIES, INC.'S CORPORATE DISCLOSURE STATEMENT