| | |
|---|---|
| 1 | HARVEY & COMPANY |
| 2 | D. Peter Harvey (SBN 55712)<br>Caitlin C. Conway (SBN 315296) |
| 3 | Four Embarcadero Center, 14th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone:   (415) 926-7776 |
| 5 | Facsimile:   (415) 402-0058<br>Email: pharvey@harvey.law |
| 6 |             cconway@harvey.law |
| 7 | Attorneys for Plaintiff, |
| 8 | Jack Daniel's Properties, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC., a Delaware corporation.<br><br>            Plaintiff,<br><br>vs.<br><br>DYNASTY SPIRITS, INC., a Texas corporation, BUFFALO BAYOU DISTILLERIES, LLC D/B/A GULF COAST DISTILLERS, a Texas limited liability company,<br><br>            Defendants. | Case No. 18-cv-2400-WHO<br><br>**NOTICE OF SETTLEMENT** |

     Plaintiff Jack Daniel's Properties, Inc. ("JDPI") hereby notifies the Court that the parties have executed a Settlement Agreement resolving this matter. The terms of the settlement require Defendants, among other things, to take certain actions this month, upon the satisfactory completion

//

//

//

//

//

1  of which JDPI will dismiss the case with prejudice.  Accordingly, JDPI respectfully requests that the
2  Case Management Conference currently scheduled for November 27, 2018, at 2:00 p.m., be taken off
3  the Court's calendar.

4  Dated:  November 4, 2018    Respectfully submitted,

5                HARVEY & COMPANY
                 D. PETER HARVEY
6                CAITLIN C. CONWAY

7

8                By:  */s/ D. Peter Harvey*
                   D. Peter Harvey
9

10               Attorneys for Plaintiff,
                JACK DANIEL'S PROPERTIES, INC.

# PROOF OF SERVICE

The undersigned declares:  I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is Four Embarcadero Center, 14th Floor, San Francisco, CA 94111.

On the date stated below, I served the attached:

**NOTICE OF SETTLEMENT**

in the manner described below to the interested parties herein addressed as follows:

| | |
|---|---|
| David W. Carstens, Esq.<br>Theodore G. Baroody<br>Carstens & Cahoon, LLP<br>13760 Noel Road, Suite 900<br>Dallas, TX 75240<br>Email:  carstens@cclaw.com<br>          baroody@cclaw.com | Kenneth G. Parker<br>Haynes and Boone, LLP<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626<br>Email:  kenneth.parker@haynesboone.com |

\_\_\_  **MAIL**:  I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated.  I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

\_\_\_  **FEDERAL EXPRESS – OVERNIGHT DELIVERY**:  I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

**X**  **VIA ELECTRONIC MAIL:**  To the addressee(s) designated.

\_\_\_  **VIA FAX**:  The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the, a copy of which is attached to this declaration.

**X**  **(FEDERAL)**:  I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

\_\_\_  **(STATE)**:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2018 at San Francisco, California.

                                                /s/ M. Elena Benavente
                                                M. Elena Benavente